UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR PUBLIC INTEGRITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF ENERGY,

    Defendant.

Civ. A. No. 00-2803 (HHK)

**FILED**

JUN 0 8 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

ORDERED, that this case is assigned to the Standard Track;

ORDERED, that the parties shall not join another party nor amend the pleadings, without the Court's approval;

ORDERED, that the parties dispense with the initial disclosures otherwise required by Federal Rule of Civil Procedure 26(a)(1);

ORDERED, that the parties not rely on any expert testimony;

ORDERED, that Defendant submit its Motion for Summary Judgment by July 20, 2001; Plaintiff, its Opposition and Cross-Motion for Summary Judgment by August 3, 2001; Defendant, its Reply and Opposition by August 17, 2001; and Plaintiff its Reply by August 31, 2001; and

~~ORDERED, that the Court will hear the parties on their Motions for Summary Judgment on _____, 2001, at _____.~~

ORDERED, that, should this case not be fully disposed of by summary judgment, the parties or either of them shall move the Court to set dates for a pretrial conference and for trial.

ENTERED this 8th day of June, 2001.

HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

16

Copies to:

Peter Newbatt Smith
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006

Youngjae Lee
U.S. Department of Justice
Civil Division
901 E Street, N.W., Room 939
Washington, DC 20530