UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CENTER FOR PUBLIC INTEGRITY,

    Plaintiff,

    v.

DEPARTMENT OF ENERGY,

    Defendant.

Civil Action 00-02803 (HHK)

**FILED**

MAR 2 6 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

### JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the court's memorandum opinion docketed this same day, it is this 25th day of March, 2002, hereby

**ORDERED** and **ADJUDGED** that defendant disclose the names of all entities that placed bids on NPR-1, any portion thereof, and the amounts of all bids.

*/s/ Henry H. Kennedy/*
Henry H. Kennedy, Jr.
United States District Judge